## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **Criminal No. 21-mj-36** |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| THOMAS ROBERSTON AND | |
| JACOB FRACKER, ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO UNSEAL WARRANT AND RELATED DOCUMENTS

The United States of America, by and through its undersigned counsel, respectfully submits this *ex parte*, under seal motion to unseal the above-captioned matter, including but not limited to the above-captioned arrest warrant, complaint, and affidavit in support thereof, and all attachments thereto and other related materials (collectively, the "Warrant").

### JURISDICTION

1. This Court has jurisdiction to issue the requested order because it is a "court of competent jurisdiction" as defined by 18 U.S.C. § 2711. Specifically, the Court is a "district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within Washington., D.C.

### FACTUAL BACKGROUND

1. When the Court issued the Warrant, it also granted the government's motion to seal the Warrant, finding reasonable grounds to believe that disclosure of the Warrant would result in flight from prosecution and/or destruction of or tampering with evidence, and thus also finding

that the United States had established that a compelling governmental interest existed to justify the requested sealing.

2. On January 13, 2021, shortly after the Warrant was issued by this Court, the Warrant was executed, and Defendants Thomas Robertson and Jacob Fracker were arrested in Virginia. They are expected to have a Rule 5 hearing before the U.S. District Court for the Western District of Virginia on January 13, 2021.

3. Now that the defendants have been arrested, there is no longer a compelling governmental interest to justify sealing the Warrant.

ACCORDINGLY, it is respectfully requested that the above-captioned matter, to include the Warrant, be unsealed.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188


By: ____/s/ Elizabeth Aloi_____
ELIZABETH ALOI
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 695-0610
Email: Elizabeth.Aloi@usdoj.gov